UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, ex rel.
TODD HEATH,

        Plaintiffs,

        v.                                              Civil Action, Case No. 08-C-0724
                                                    **FILED UNDER SEAL**

VERIZON NORTH, INC.,

        Defendant.

---

UNITED STATES OF AMERICA, ex rel.
TODD HEATH,

        Plaintiffs,

        v.                                              Civil Action, Case No. 08-C-0876
                                                    **FILED UNDER SEAL**

WISCONSIN BELL, INC.,

        Defendant.

---

UNITED STATES OF AMERICA, ex rel.
TODD HEATH,

        Plaintiffs,

        v.                                              Civil Action, Case No. 08-C-0912
                                                    **FILED UNDER SEAL**

CENTURYTEL SERVICE GROUP, LLC.,
et al.,

        Defendants.

---

**ORDER**

---

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the complaints be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice of the United States filed on June 27, 2011, which the relator will serve upon the defendants only after service of the complaints;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and that

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,


This _____ day of _____, 2011.


                                                  _____
                                                  HONORABLE PATRICIA GORENCE
                                                  United States Magistrate Judge
                                                  Eastern District of Wisconsin