# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**ex rel. TODD HEATH,**<br><br>            *Plaintiff–Relator*,<br><br>   v.<br><br>**WISCONSIN BELL, INC.,**<br><br>            *Defendant*. | Civil Case No. 2:08-CV-00876-LA<br>(Lead Case No. 2:08-CV-00724-LA)<br><br>Judge Lynn Adelman |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant, Wisconsin Bell, Inc., moves for judgment on the pleadings as to the second amended complaint filed by Plaintiff-Relator, Todd Heath, because Heath cannot plausibly allege that Wisconsin Bell's allegedly false statements regarding "lowest corresponding price" were material to the government's reimbursement decisions under the E-Rate program. Judgment on the pleadings is also appropriate on all of Heath's claims based on Wisconsin Bell's alleged conduct before October 16, 2002 because the False Claims Act's six-year statute of limitations bars those claims. The grounds for this motion are set forth more fully in the accompanying memorandum of law.

1

Dated:  November 1, 2016                                Respectfully submitted,


Michael J. Gill                                    /s/ Robert C. Walters
MAYER BROWN LLP                          Robert C. Walters
71 South Wacker Drive                       James C. Ho
Chicago, Illinois  60606                      Andrew P. LeGrand
Telephone:  (312) 782-0600               Kyle Hawkins
Facsimile:  (312) 701-7711                 Bradley G. Hubbard
*mgill@mayerbrown.com*                     GIBSON, DUNN & CRUTCHER LLP
                                                   2100 McKinney Avenue, Suite 1100
Ted A. Wisnefski, SBN 1038316          Dallas, Texas  75201
Adam E. Witkov, SBN 1066529           Telephone:  (214) 698-3100
MICHAEL BEST & FRIEDRICH LLP      Facsimile:  (214) 571-2900
100 East Wisconsin Avenue Milwaukee,  *rwalters@gibsondunn.com*
Wisconsin  53202
Telephone:  (414) 271-6560
Facsimile:  (414) 277-0656
*tawisnefski@michaelbest.com*