# EXHIBIT C

| | |
|---|---|
| **From:** | TOSTADO, RICARDO M (ATTOPS) [/O=SBC/OU=AIT01/CN=CORPORATEDESKTOP/CN=CORPORATEUSERS/CN=RT1793] |
| **Sent:** | 6/3/2009 3:19:09 PM |
| **To:** | WOLLWEBER, DONALD J (ATTAIS) [/O=SBC/OU=AIT01/CN=RECIPIENTS/CN=Dw2951]; CHAMBERLAIN, CAROL (ATTSWBT) [/O=SBC/OU=Momail/cn=Recipients/cn=CH7564]; BEGANE, KAREN (ATTOPS) [/O=SBC/OU=Momail/cn=Recipients/cn=kb2687] |
| **Subject:** | RE: Most Cost Effective Solutions |

Don:

I see the explanation of both and all is good with that -- but can't see the "at the end of the day" -- (i.e.) what are the next step?

We really don't know a lot about the fallout yet of the FCC's reaction to the analysis, and whether or not it will make us change our IN and non-IN pricing in any form.  Per the earlier notes, Karen is probably best tied into that...

Finally, my message to John would be to get ready to push back as needed if the decision is to that we will have to follow and do this all over the states.

Ricardo

**From:** WOLLWEBER, DONALD J (ATTAIS)
**Sent:** Wednesday, June 03, 2009 1:20 PM
**To:** TOSTADO, RICARDO M (ATTOPS); CHAMBERLAIN, CAROL (ATTSWBT); BEGANE, KAREN (ATTOPS)
**Subject:** RE: Most Cost Effective Solutions

Ricardo thanks for the clarification & differentiation!
Carol thanks for the FCC verbiage!

The above .ppt is what I have *drafted* for Stuhrenberg.... however I'll await input/concurrence from Karen tomorrow.

Feel free to share your input!

Thanks,
Don

**From:** TOSTADO, RICARDO M (ATTOPS)
**Sent:** Wednesday, June 03, 2009 12:12 PM
**To:** CHAMBERLAIN, CAROL (ATTSWBT); WOLLWEBER, DONALD J (ATTAIS); BEGANE, KAREN (ATTOPS)
**Subject:** RE: Most Cost Effective Solutions

Don:
Amen -- Carol is right on target.  Karen has been working the issue...
Ricardo

**From:** CHAMBERLAIN, CAROL (ATTSWBT)
**Sent:** Wednesday, June 03, 2009 11:38 AM

Confidential

ATT_HEATH_WI_00169163

**To:** WOLLWEBER, DONALD J (ATTAIS); TOSTADO, RICARDO M (ATTOPS); BEGANE, KAREN (ATTOPS)
**Subject:** RE: Most Cost Effective Solutions

Don,

LCP is not an AT&T term and is not found on the SLD website. It is referenced in the FCC document below.

It is defined in 47 CFR 54.500 (f).  http://edocket.access.gpo.gov/cfr_2008/octqtr/pdf/47cfr54.500.pdf

It's use required in 47 CFR 54.511 (b) http://edocket.access.gpo.gov/cfr_2008/octqtr/pdf/47cfr54.511.pdf


LCP is now a requirement of the Indiana settlement but I am not sure how it will affect all states. There will be more to come from Legal/Compliance on this issue. Karen has been closest to this and may have more knowledge oft the direction we may be headed.

Carol

---

**From:** WOLLWEBER, DONALD J (ATTAIS)
**Sent:** Wednesday, June 03, 2009 11:07 AM
**To:** TOSTADO, RICARDO M (ATTOPS); BEGANE, KAREN (ATTOPS)
**Cc:** CHAMBERLAIN, CAROL (ATTSWBT)
**Subject:** RE: Most Cost Effective Solutions

Ok, where I need clarification is whether LCP is an AT&T term & requirement "or" an SLD term & requirement, as well as,
1) what is the official definition of LCP?
2) if we don't offer LCP (however defined) is AT&T at risk "or" is the applicant at risk presuming they select us?


Don


**From:** TOSTADO, RICARDO M (ATTOPS)
**Sent:** Wednesday, June 03, 2009 10:34 AM
**To:** WOLLWEBER, DONALD J (ATTAIS); CHAMBERLAIN, CAROL (ATTSWBT); BEGANE, KAREN (ATTOPS)
**Subject:** RE: Most Cost Effective Solutions

No, I do not agree -- very different concepts.

LCP is what we deem it to be, based on tariffs, promotions, ICB for a certain customer.

Cost Effectiveness is what the customer decides in their bidding process,  and can be an LCP price by us, or a non-LCP price by any other vendor that doesn't care -- or has to worry about -- LCP.

Karen has been working on this big time, and maybe she can offer he insight as well.

Ricardo

Confidential

ATT_HEATH_WI_00169164

**From:** WOLLWEBER, DONALD J (ATTAIS)
**Sent:** Wed 6/3/2009 10:10 AM
**To:** TOSTADO, RICARDO M (ATTOPS); CHAMBERLAIN, CAROL (ATTSWBT)
**Subject:** Most Cost Effective Solutions

Carol / Ricardo, I'm preparing/sharing some info for Soo Mae & John Stuhrenberg and need your concurrence that Most Cost Effective Solutions is synonymous with LCP (Lowest Corresponding Price)????

<<LCP.ppt>>

Am I CORRECT?

Don

Confidential                                                                    ATT_HEATH_WI_00169165