IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TODD HEATH, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff/Relator, | | |
| v. | | Civil Case No. 2:08-CV-00876-LA (Lead Case No. 2:08-CV-00724-LA) |
| WISCONSIN BELL, INC., | | |
| Defendant. | | |

## DECLARATION OF ANDREW P. LEGRAND IN SUPPORT OF WISCONSIN BELL'S MOTION FOR SUMMARY JUDGMENT

1. My name is Andrew P. LeGrand. My work address is 2001 Ross Avenue, Suite 2100, Dallas, Texas 75201. I am over the age of 18 years.

2. I have personal knowledge of the facts stated in this Declaration and, if called as a witness in this case, could and would testify competently to those facts.

3. I am an attorney for Defendant Wisconsin Bell, Inc. in the above-styled case.

4. In this litigation, Wisconsin Bell reproduced documents that I understand were originally produced in response to a subpoena from the FCC's Office of Inspector General served in July 2009. MSJ Ex. 56 (FCC12193, Diskin Ex. 215). Wisconsin Bell reproduced approximately 30,000 documents consisting of nearly 200,000 pages (ATT_HEATH_WI_00002991–184429).

5. The table below lists the exhibits that Wisconsin Bell cites in support of its Motion for Summary Judgment. I declare that the exhibits are true and correct copies of the documents described in the table below or true and correct copies of excerpts of the documents described below (in the case of deposition transcripts).

| Exhibit No. | Description |
|---|---|
| 1 | FCC webpage, Federal-State Joint Board on Universal Service, https://www.fcc.gov/general/federal-state-joint-board-universal-service (last visited Mar. 15, 2021) |
| 2 | FCC webpage, Universal Service, Federal-State Joint Board, https://www.fcc.gov/general/universal-service-federal-state-joint-board (last visited Mar. 15, 2021) |
| 3 | FCC webpage, E-Rate – Schools & Libraries USF Program, https://www.fcc.gov/general/e-rate-schools-libraries-usf-program (last visited Mar. 5, 2021) |
| 4 | USAC webpage, Getting Started, https://www.usac.org/e-rate/get-started/ (last visited Mar. 16, 2021) |
| 5 | Amended Expert Report of Carol Mattey (Feb. 2, 2021) |
| 6 | FCC, Prescribing the Authorized Rate of Return (May 16, 2013) available at https://docs.fcc.gov/public/attachments/DA-13-1111A1.pdf |
| 7 | 1993 Wisconsin Act 496 |
| 8 | FCC, Response re USF Transfer to Treasury (July 23, 2018) available at https://docs.fcc.gov/public/attachments/DOC-353141A1.pdf |
| 9 | USAC webpage, Beginner Overview 2019 Applicant Training, https://www.usac.org/beginner-overview_applicant/ |
| 10 | USAC webpage, E-rate home page, https://www.usac.org/e-rate/ (last visited Feb. 26, 2021) |
| 11 | Federal-State Joint Board on Universal Service, First Report and Order, 12 FCC Record 8776 (May 8, 1997) |
| 12 | USAC webpage, Step 1 Competitive Bidding, https://www.usac.org/e-rate/applicant-process/competitive-bidding |
| 13 | In re Yselta Independent School District, 18 FCC Record 26407 (Dec. 8, 2003) |
| 14 | FCC OIG Semiannual Report to Congress (May 4, 2017) |
| 15 | USAC webpage, Step 2 Selecting Service Providers, https://www.usac.org/e-rate/applicant-process/selecting-service-providers/ (last visited Feb. 26, 2021) |
| 16 | Form 470 Schools and Libraries Universal Service Description of Services Requested and Certification Form, Native of ATT_HEATH_WI_00230623 |
| 17 | Form 471 Schools and Libraries Universal Service Description of Services Ordered and Certification (Dec. 2013) |
| 18 | FCC webpage, E-Rate: Universal Service Program for Schools and Libraries, https://www.fcc.gov/consumers/guides/universal-service-program-schools-and- |

| | |
|---|---|
| | libraries-e-rate (last visited Mar. 16, 2021) |
| 19 | USAC webpage, Calculating Discounts, https://www.usac.org/e-rate/applicant-process/applying-for-discounts/calculating-discounts/ (last visited Mar. 16, 2021) |
| 20 | USAC webpage, Step 6: Invoicing, https://www.usac.org/e-rate/applicant-process/invoicing/ (last visited Mar. 10, 2021) |
| 21 | USAC webpage, FCC Form 498, https://www.usac.org/rural-health-care/service-providers/fcc-form-498/ (last visited Mar. 10, 2021) |
| 22 | USAC webpage, FCC Form 473 Filing, https://www.usac.org/e-rate/service-providers/step-3-winning-the-bid/fcc-form-473-filing/ (last visited Mar. 10, 2021) |
| 23 | Buckley Dep. Ex. 200, FCC Form 473 |
| 24 | Buckley Dep. Ex. 196, FCC Form 472 |
| 25 | Buckley Dep. Ex. 198, FCC Form 474 |
| 26 | Federal State Joint Board Rec. Dec., 12 FCC Rcd. 87 (Nov. 8, 1996) |
| 27 | E-rate Modernization Order 2014, FCC-14-99A1 (July 23, 2014) |
| 28 | Plaintiff/Relator's Response to Defendant's Fourth Set of Interrogatories to Relator (Apr. 4, 2019) |
| 29 | CTIA USTA Petition (Mar. 19, 2010) |
| 30 | In re Net56, DA-12-1792, 27 FCC Rcd. 13606 (Nov. 7, 2012) available at https://transition.fcc.gov/Daily_Releases/Daily_Business/2012/db1107/DA-12-1792A1.pdf |
| 31 | In re Net56, DA-12-1951A1 (Dec. 4, 2012) available at https://www.fcc.gov/general/e-rate-schools-libraries-usf-program-2012-headlines |
| 32 | In re Net56, DA-12-2031A1 (Dec. 19, 2012) available at https://www.fcc.gov/general/e-rate-schools-libraries-usf-program-2012-headlines |
| 33 | Net56 Letter (July 31, 2012) |
| 34 | E-rate Program Training (May 10, 2012) available at https://www.usac.org/_res/documents/sl/training/2012/Program-Compliance.pdf |
| 35 | USAC018726 |
| 36 | USAC webpage, Lowest Corresponding Price, https://www.usac.org/e-rate/service-providers/step-2-responding-to-bids/lowest-corresponding-price/#:~:text=Lowest%20corresponding%20price%20(LCP)%20is,or%20consortium)%20for%20similar%20services (last visited Mar. 16, 2021) |
| 37 | USAC019217 |

| | |
|---|---|
| 38 | USAC018471 |
| 39 | USAC000011 |
| 40 | USAC021598 (Wisconsin Bell E-Rate Pricing Policy) |
| 41 | Expert Rebuttal Report of Carol Mattey (Jan. 20, 2021) |
| 42 | USAC019361 |
| 43 | Ayers Dep. Ex. 177, Email from USAC to Orange County, Florida public school district (June 25, 2014) |
| 44 | Second Amended Rebuttal Expert Report of James W. Stegeman (Feb. 11, 2021) |
| 45 | Expert Report of James W. Stegeman (Nov. 4, 2020) |
| 46 | FCC Form 473 ATT_HEATH_WI_00046499 |
| 47 | FCC, Public Notice, CC Docket No. 02-6 (Mar. 1, 2005) |
| 48 | FCC Form 473 (Apr. 2007) |
| 49 | ATT HEATH WI 00046557, FCC Form 473 |
| 50 | FCC, Public Notice, CC Docket No. 02-6 (Mar. 8, 2013) |
| 51 | In The Matter of Modernizing thr E-rate Program for Schools and Libraries, 28 FCC Rcd. 11304 (July 23, 2013) |
| 52 | Schools and Libraries (E-rate) Program FCC Form 473 (SPAC) User Guide (July 2019) available at https://www.usac.org/wp-content/uploads/e-rate/documents/Forms/FCC-Form-473- |
| 53 | USAC020722 |
| 54 | USAC018695 |
| 55 | FCC's Touhy response (Apr. 3, 2020) |
| 56 | Diskin Dep. Ex. 215, FCC12193 |
| 57 | Federal-State Joint Board on Universal Service, Fourth Order on Reconsideration, 13 FCC Rcd. 5318 (Dec. 30, 1997) |
| 58 | HEATH000097038 |
| 59 | ATT_HEATH_WI_04447230 |
| 60 | ATT_HEATH_WI_04447504 |
| 61 | ATT_HEATH_WI_04473083, GEM Pricing Policy Training |
| 62 | Native of ATT_HEATH_WI_04455748 |
| 63 | ATT_HEATH_WI_04447420 |
| 64 | 2011 Wisconsin Act 22 |
| 65 | 2010 WL 2294651 |

| | |
|---|---|
| 66 | 68 Wis. PSC 55 |
| 67 | Bruce Gilmore et al. v. Sw. Bell Mobile Sys., 20 FCC Rcd. 15079 (Sept. 1, 2005) |
| 68 | USAC, Eligible Services List Schools and Libraries Support Mechanism for Funding Year 2011 (TH_Oconomowoc_008596) |
| 69 | In the Matter of Application for Review by United Talmudical Academy, Brooklyn, New York, 18 FCC Rcd. 22785 (Oct. 21, 2003) |
| 70 | ATT_HEATH_WI_01455081 |
| 71 | ATT_Heath_WI_00120337, E-Rate Compliance Training September 2007 |
| 72 | Tostado Dep. Ex. 19, SBC E-Rate Overview and Sales Presentation (Oct. 14, 2005) |
| 73 | ATT_HEATH_WI_01340803 |
| 74 | McNicoll Dep. Ex. 217, ATT_HEATH_W1_01483207 |
| 75 | Eshoo Dep. Ex. 12, ATT_HEATH_WI_00150809 |
| 76 | McNicoll Dep. Ex. 205, ATT_HEATH_W1_01455736 |
| 77 | Stein Dep. Ex. 133, ATT_HEATH_WI_00471367 |
| 78 | ATT_HEATH_WI_00046602 |
| 79 | DOA00003336 |
| 80 | DOA00003373 |
| 81 | Defendant Wisconsin Bell, Inc.'s Second Supplemental Objections and Responses to Plaintiff/Relator's First Set of Interrogatories (Nov. 11, 2020) |
| 82 | ATT_HEATH_WI_00171174, SBC Response to the State of Wisconsin's RFP for Combined Voice Networks |
| 83 | HEATH000028234 |
| 84 | ATT_HEATH_WI_00455272, 2005 General Pricing Guidelines |
| 85 | ATT_HEATH_WI_00472496, 2006 ICB Front-End Credit Worksheet |
| 86 | HEATH000010372, The Telephone Company Engagement Agreement |
| 87 | Plaintiff/Relator's Supplemental Response to Defendant's Fourth Set of Interrogatories to Plaintiff (Oct. 2, 2019) |
| 88 | ATT_HEATH_WI_00101975 |
| 89 | HEATH000010469 |
| 90 | HEATH000136992 |
| 91 | HEATH000083708 |
| 92 | Plaintiff/Relator's Response to Defendant's Third (Sic) Set of Requests for Admission (Apr. 4, 2019) |

| | |
|---|---|
| 93 | HEATH000028592 |
| 94 | HEATH000089145 |
| 95 | HEATH000094130 |
| 96 | ATT_HEATH_WI_00144353 |
| 97 | ATT_HEATH_WI_00144359 |
| 98 | Federal-State Joint Board on Universal Service, 13 FCC Rcd. 14081 (Common Car. Bur. Aug. 7, 1998) |
| 99 | HEATH000019372 |
| 100 | HEATH000024079 |
| 101 | HEATH000016652 |
| 102 | HEATH000019568, RE: [wierate] E-rate Program Reforms. AKA, E-rate 2.0 |
| 103 | HEATH000017810, Continued FCC Participation in E-Rate Fraud RE: IL Tax Violations/Wisconsin, Illinois and Indiana LCP Violations |
| 104 | Heath Reply Comments to FCC (Oct. 17, 2013) (DX 143) |
| 105 | HEATH FCC Comment re LCP (Aug. 16, 2013) |
| 106 | HEATH000018830, Re: Modernizing the E-Rate Program for Schools and Libraries, WC Docket No. 13-184; Focused Comments on Lowest Corresponding Price (LCP) |
| 107 | HEATH000018830, Re: Modernizing the E-Rate Program for Schools and Libraries, WC Docket No. 13-184; Focused Comments on Lowest Corresponding Price (LCP) |
| 108 | HEATH000020728, Re: Independent Auditor Selection |
| 109 | Plaintiff/Relator's Supplemental Answers To Interrogatories No. 6 And No. 7 Of Wisconsin Bell's First Set Of Interrogatories (July 25, 2016) |
| 110 | Plaintiff/Relator's Response To Defendant's First Set Of Requests For Admission (Feb. 28, 2018) |
| 111 | Expert Report of James D. Webber (Nov. 4, 2020) |
| 112 | ATT_HEATH__WI_01615823, BadgerNet Converged Network Solicitation |
| 113 | Wisconsin Educational Network Business Case Executive Summary (Sep. 16, 2002), available at det.wi.gov/Documents/BCN/WENCC_Business_Case_Executive_Summary.pdf |
| 114 | ATT_HEATH_WI_01670509 |
| 115 | Expert Report of David Berendsen (Jan. 20, 2021) |
| 116 | Expert Report of Richard W. Kelnhofer (Jan, 20, 2021) |
| 117 | Communications Act of 1934 |

| | |
|---|---|
| 118 | 1983 Wisconsin Act 53 |
| 119 | Schools and Libraries Universal Service Support Mechanism, Fifth Report and Order, 19 FCC Rcd. 15808 (Aug. 13, 2004) |
| 120 | In re Verizon, FCC-17-64A1 (Oct. 17, 2017) |
| 121 | Begane Dep. Ex. 150, ATT_HEATH_W1_01220312 |
| 122 | Stein Dep. Ex. 144, ATT_HEATH_WI_01343818 |
| 123 | USAC webpage, SPIN Search for Wisconsin Bell, https://slweb.usac.org/Spin/Search (last visited Mar. 16, 2021) |
| 124 | Excerpt of Deposition of Terri Ayares (Aug. 13, 2020) |
| 125 | Excerpt of 30(b)(6) Deposition of Terri Ayares (Wisconsin Bell) (Aug. 13, 2020) |
| 126 | Excerpt of 30(b)(6) Deposition of Catriona Ayer (USAC) (Jan. 10, 2019) |
| 127 | Excerpt of 30(b)(6) Deposition of Catriona Ayer (USAC) (Nov. 19, 2020) |
| 128 | Excerpt of Deposition of Karen Begane (Oct. 23, 2018) |
| 129 | Excerpt of Deposition of David Berendsen (Feb. 10, 2021) |
| 130 | Excerpt of Deposition of Ernest Bond (Nov. 30, 2018) |
| 131 | Excerpt of 30(b)(6) Deposition of Tom Buckley (FCC) (Nov. 23, 2020) |
| 132 | Excerpt of Deposition of Michelle Carter (Aug. 2, 2018) |
| 133 | Excerpt of 30(b)(6) Deposition of Michelle Carter (Wisconsin Bell) (Aug. 14, 2020) |
| 134 | Excerpt of Deposition of Carolyn Chamberlain (Aug. 31, 2018) |
| 135 | Excerpt of Deposition of Douglas Alan Clark (Feb. 11, 2020) |
| 136 | Excerpt of 30(b)(6) Deposition of Sharon Diskin (FCC) (Dec. 2, 2020) |
| 137 | Excerpt of Deposition of David Eshoo (June 29, 2018) |
| 138 | Excerpt of Deposition of Anthony C. Fargo (July 25, 2018) |
| 139 | Excerpt of Deposition of Todd Heath (Nov. 11, 2020) |
| 140 | Excerpt of 30(b)(6) Deposition of Todd Heath (The Telephone Company) (Dec. 4, 2018) |
| 141 | Excerpt of Deposition of Mary Henze (Nov. 24, 2020) |
| 142 | Excerpt of 30(b)(6) Deposition of Robert Mayfield (Kimberly Area School District) (Nov. 8, 2018) |
| 143 | Excerpt of Deposition of Debra McNicoll (Nov. 6, 2018) |
| 144 | Excerpt of 30(b)(6) Deposition of Debra McNicoll (Wisconsin Bell) (Aug. 12, 2020) |

| 145 | Excerpt of Deposition of Randall L. Pickering (Oct. 30, 2018) |
| --- | --- |
| 146 | Excerpt of 30(b)(6) Deposition of Krzysztof Rybak (Cambridge Strategic Advisors, Inc.) (Nov. 25, 2020) |
| 147 | Excerpt of 30(b)(6) Deposition of Susan Schnorr (Fond du Lac School District) (Feb. 7, 2019) |
| 148 | Excerpt of 30(b)(6) Deposition of Christopher Smith (USAC) (Nov. 19, 2020) |
| 149 | Excerpt of 30(b)(6) Deposition of Mark Smits (Hartford Joint 1 School District) (Sept. 26, 2018) |
| 150 | Excerpt of Deposition of Melissa Stein (Oct. 16, 2018) |
| 151 | Excerpt of Deposition of Thomas Taibl (Aug. 27, 2020) |
| 152 | Excerpt of Deposition of Ricardo Martinez Tostado (July 24, 2018) |
| 153 | Excerpt of Deposition of James Webber (Dec. 21, 2020) |
| 154 | FCC webpage, Universal Service, https://www.fcc.gov/general/universal-service (last visited Mar. 17, 2021) |
| 155 | USAC webpage, About USAC, https://www.usac.org/about/ (last visited Mar. 17, 2021) |

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Aransas County, Texas on March 17, 2021.

*/s/ Andrew P. LeGrand*
Andrew P. LeGrand
Declarant