UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA, et al,**
       **Plaintiffs,**

   v.                                       Case No. 08-CV-724

**WISCONSIN BELL INC.**
       **Defendant.**

---

## ORDER

**IT IS ORDERED** that the Final Pretrial Conference scheduled for **December 19, 2025 at 10:00 a.m. Central Time** IS RESCHEDULED TO **December 22, 2025 at 10:00 a.m. Central Time in Courtroom 390.**

Dated at Milwaukee, Wisconsin, this 7th day of October, 2025.

                                      /s/ Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge