**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201
Tel 214.698.3100
gibsondunn.com

Andrew LeGrand
Direct: +1 214.698.3405
Fax: +1 214.571.2960
ALeGrand@gibsondunn.com

October 10, 2025

<u>VIA ECF</u>

The Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
United States Courthouse, Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: Mediation Update, *United States ex rel. Heath v. Wisconsin Bell, Inc.*, Case No. 2:08-CV-00876-LA (Lead Case No. 2:08-00724-LA)

Dear Judge Adelman:

Wisconsin Bell writes to notify the Court that the parties are scheduled for mediation on October 30, 2025.

Wisconsin Bell believes that rulings on its Motion for Summary Judgment, Dkt. 347, and/or the parties' pending *Daubert* motions, Dkt. 349 (Carol Mattey); 354 (James D. Webber); 356 (Bruce Spencer), would greatly assist the parties in potentially resolving the dispute at mediation. For example, a ruling from this Court on Heath's OPT-E-MAN/BadgerNet theory, which is raised in both Wisconsin Bell's Motion for Summary Judgment and its Motion to Exclude James D. Webber's Expert Opinions and Analysis In Part, would provide clarity on over 80% of the damages sought by Heath.

Wisconsin Bell looks forward to the opportunity to discuss these and any other issues with the Court if necessary.

Sincerely,

/s/ Andrew LeGrand

Andrew LeGrand

cc: All counsel of record via ECF filing

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100 | Dallas, TX 75201-2923 | T: 214.698.3100 | F: 214.571.2900 | gibsondunn.com

Case 2:08-cv-00724-LA    Filed 10/10/25    Page 1 of 1    Document 388