# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA ex rel.
TODD HEATH,**
    **Plaintiff/Relator,**

    v.                                                    Case No. 08-CV-724

**WISCONSIN BELL, INC.,**
    **Defendant.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding     Date: 3/10/2026
Time Commenced: 11:55 a.m.     Concluded: 12:05 p.m.
Deputy Clerk: LEH     Court Reporter: Sue

APPEARANCES:

Plaintiff/Relator: By Attorneys David Chizwer, Roger Lewis, Douglas Dehler, and Joseph Newbold

Defendant: By Attorneys Beth Kushner and Andrew LeGrand

Nature of Conference: Settlement Conference

Notes: The parties reported an agreement to settle the case for $55 million, which includes $25 million in attorney's fees. The settlement shall also release defendants of liability in the related case, *U.S. ex rel. Todd Heath v. AT&T*, Case No. 11-cv-1897, now pending in the United States District Court for the District of Columbia. The settlement remains subject to approval by the government. As a result of the tentative settlement, the case will be administratively closed. All pending deadlines and trial dates are vacated.