# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA ex rel.**
**TODD HEATH,**
      **Plaintiff/Relator,**

      **v.**                        **Case No. 08-CV-724**

**WISCONSIN BELL, INC.,**
      **Defendant.**

---

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 5/7/2026 |
| Time Commenced: 10:30 a.m. | Concluded: 10:37 a.m. |
| Deputy Clerk: LEH | Court Reporter: Sue |

APPEARANCES:

Plaintiff/Relator: By Attorneys Roger Lewis and Joseph Newbold

Defendant: By Attorney Andrew LeGrand

Nature of Conference: Settlement Conference

Notes: The parties discussed the progress of settlement. The Court ORDERS another telephonic status conference to be held on May 26, 2026 at 1:30 pm.