UNITED STATES OF AMERICA
*ex rel.* TODD HEATH,

        Plaintiff/Relator,

    v.

WISCONSIN BELL, INC.,

        Defendant.

Case No. 2:08-CV-000876-LA
(Lead Case No. 2:08-CV-00724-LA)

Judge Lynn Adelman

## JOINT STATUS REPORT

Plaintiff/Relator Todd Heath and Defendant Wisconsin Bell, Inc., by their undersigned counsel, hereby submit this Joint Status Report, in lieu of the scheduled May 26, 2026 status hearing, and state as follows:

1. The parties finalized and executed a Settlement Agreement on May 13, 2026. The United States has indicated its consent to the settlement.

2. Plaintiff/Relator has notified the states and municipalities on whose behalf claims were filed in the companion District of Columbia case.

3. The Settlement Agreement calls for the filing of stipulations/motions for dismissal in both this case and the District of Columbia case within thirty (30) days of the notification provided to the above-mentioned states and municipalities. The parties anticipate filing such stipulations/motions on or about June 15, 2026.

4. Therefore, the parties request that the status hearing currently scheduled for May 26, 2026 be stricken and rescheduled for a date after June 15, 2026.

DATED:  May 26, 2026

Respectfully submitted,


By: _____*/s/ Roger A. Lewis*_____
Douglas P. Dehler, Wis. State Bar No. 1000732
Joseph D. Newbold, Wis. State Bar No. 1085294
Christa D. Wittenberg, Wis. State Bar No. 1096703
**O'NEIL, CANNON, HOLLMAN,
  DEJONG & LAING S.C.**
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Tel:     (414) 276-5000
Fax:     (414) 276-6581
doug.dehler@wilaw.com
joe.newbold@wilaw.com
christa.wittenberg@wilaw.com

David J. Chizewer
Roger A. Lewis
William C. Meyers
Harleen Kaur
**GOLDBERG KOHN LTD.**
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Tel:     (312) 201-4000
Fax:     (312) 332-2196
david.chizewer@goldbergkohn.com
roger.lewis@goldbergkohn.com
william.meyers@goldbergkohn.com
harleen.kaur@goldbergkohn.com

*Attorneys for Plaintiff/Relator Todd Heath*

By:    */s/ Andrew P. LeGrand*

Andrew P. LeGrand (#24070132)
Allyson N. Ho
Stephen J. Hammer
Lara Kakish
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3100
alegrand@gibsondunn.com
aho@gibsondunn.com
shammer@gibsondunn.com
lkakish@gibsondunn.com