# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA ex rel.
TODD HEATH,
          Plaintiff/Relator,

     v.                                    Case No. 08-CV-724

WISCONSIN BELL, INC.,
          Defendant.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 7/21/2026
Time Commenced:  11:00 a.m.       Concluded: 11:05 a.m.
Deputy Clerk: TRI               Court Reporter: N/A

APPEARANCES:

Plaintiff/Relator: By Attorneys Roger Lewis, David Chizewer, and Joseph Newbold

Defendant: By Attorneys Andrew LeGrand and Arjun Ogale

Nature of Conference: Telephonic Status Conference

Notes: The Court held a conference on the status of the settlement. A follow-up telephone status conference is set for July 31, 2026, at 1:00 p.m. Counsel for the California Attorney General and the United States are invited to appear and participate.