# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA ex rel.
TODD HEATH,
        **Plaintiff/Relator,**

    v.                                 **Case No. 08-CV-724**

WISCONSIN BELL, INC.,
        **Defendant.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 7/21/2026
Time Commenced:  1:10 p.m.         Concluded: 1:40 p.m.
Deputy Clerk: LEH         Court Reporter: N/A

APPEARANCES:

Plaintiff/Relator: By Attorneys Roger Lewis and Joseph Newbold (in person)

Defendant: By Attorney Andrew LeGrand (in person)

U.S. Department of Justice: Attorney Jennifer Chorpening (telephonic)

California Department of Justice: Attorney Anne Hartman (telephonic)

Nature of Conference: Status Conference (combination In Person and Telephonic)

Notes: The parties discussed the nature of the dispute. The parties will continue
discussions on how to resolve the dispute. Another telephonic status conference is set
for **August 12, 2026 at 2:00 p.m. Central time.**